IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Witt, Nicole Sheila | Case Number: 07 B 03548 |
| | Judge: Hollis, Pamela S |
| Printed: 2/19/08 | Filed: 2/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,060.00 | |
| Secured: | | 466.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 536.03 |
| Trustee Fee: | | 57.24 |
| Other Funds: | | 0.00 |
| Totals: | 1,060.00 | 1,060.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 536.03 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 7,594.60 | 466.73 |
| 4. | Wilshire Credit Corp | Secured | 8,633.00 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 89.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 4.96 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 26.90 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 6.62 | 0.00 |
| 10. | Seventh Avenue | Unsecured | 44.55 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 95.08 | 0.00 |
| 12. | Consumer Portfolio Services | Unsecured | 30.01 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 16.15 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 38.65 | 0.00 |
| 15. | Nicor Gas | Unsecured | 596.81 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 147.98 | 0.00 |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 21. | Check Rite | Unsecured | | No Claim Filed |
| 22. | Genesis | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Covenant Mgmt Group | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Witt, Nicole Sheila

Printed: 2/19/08

Case Number: 07 B 03548
Judge: Hollis, Pamela S
Filed: 2/28/07

| | | | | |
|---|---|---|---|---|
| 26. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 27. | Riscuity | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 19,824.31 | $ 1,002.76 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.24 |
| | $ 57.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_